IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE: Ameena Catherine Salahuddin** | : | Case No. 2:24-cv-03992 |
| | : | Bankruptcy Case No. 2:24-bk-51719 |
| Appellant/Debtor. | : | |
| | : | Judge Algenon L. Marbley |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

**ORDER**

On September 30, 2024, a Notice of Appeal from the United States Bankruptcy Court for the Southern District of Ohio was filed in this case. (ECF No. 1). The briefing schedule was established, requiring the Appellant Brief to be filed by December 2, 2024, the Appellee Brief by January 2, 2025, and the Appellant Reply Brief by January 16, 2025. (ECF No. 2). The Appellant, Ameena Catherine Salahuddin, did not file an Appellant Brief before the deadline and, as of the date hereof, this Court has not received the Appellant Brief.

Pursuant to Federal Rule of Bankruptcy Procedure 8003(a)(2), "An appellant's failure to take any step other than timely filing a notice of appeal does not affect the appeal's validity, but is ground only for the district court or BAP to act as it considers appropriate, including dismissing the appeal." Fed. R. Bankr. P. 8003(a)(2). Accordingly, on February 7, 2025, this Court ordered Appellant to show cause, in writing no later than seven (7) days of the date of the order, why the appeal should not be dismissed for want of prosecution. (ECF No. 4). Appellant was cautioned that failure to respond to the order would result in dismissal of this Appeal for failure to prosecute. (*Id*.). Appellant failed to respond and, as of the date hereof, this Court has not received any filing from the Appellant in this case.

1

2

As such, this case is **DISMISSED** for want of prosecution. This case is hereby **TERMINATED** on the docket.

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: June 2, 2025**